IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GENTERT, | CASE NO. CV F 11-1868 LJO |
| Plaintiff, | **ORDER FOR DISMISSAL OR TO SUBSTITUTE PROPER PLAINTIFF** (Doc. 9.) |
| vs. | |
| VICENTE RANDY BERNABE, | |
| Defendant. / | |

Given the passing of plaintiff Helen Gentert ("Ms. Gentert"), this Court ORDERS Ms. Gentert's counsel, no later than July 24, 2012, to file and serve papers either to dismiss Ms. Gentert's claims or to substitute a proper party in Ms. Gentert's place.

IT IS SO ORDERED.

**Dated:   July 3, 2012**                         /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1