IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GENTERT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VICENTE RANDY BERNABE,<br><br>　　　　　　Defendant.<br>_____ / | CASE NO. CV F 11-1868 LJO<br><br>**ORDER FOR DISMISSAL OR TO SUBSTITUTE PROPER PLAINTIFF**<br>(Doc. 9.) |

Given the passing of plaintiff Helen Gentert ("Ms. Gentert"), this Court ORDERS Ms. Gentert's counsel, no later than July 24, 2012, to file and serve papers either to dismiss Ms. Gentert's claims or to substitute a proper party in Ms. Gentert's place.

IT IS SO ORDERED.

**Dated:   July 3, 2012**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1