IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN GENTERT,<br><br>        Plaintiff,<br><br>   vs.<br><br>VICENTE RANDY BERNABE,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 11-1868 LJO<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 12.) |

    Plaintiff Helen Gentert's ("Ms. Gentert's") underlying adversary proceeding has been dismissed. Ms. Gentert has passed away, and her counsel seeks to dismiss this action and to withdraw her motion for bankruptcy withdrawal. As such, this Court DISMISSES this action and DIRECTS the clerk to close this action. This Court will take no further action on Ms. Gentert's motion to withdraw bankruptcy reference.

    IT IS SO ORDERED.

**Dated:  July 25, 2012**                              /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE